# In the United States Court of Federal Claims

No. 04-1744 T

(Filed: April 19, 2006)

**********************************
**SCOTT A. MALOUF and** *
**KAREN A. MALOUF,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, to promote docket efficiency, and with the concurrence of both judges, the Court hereby directs the Clerk of Court to transfer this case to the docket of Judge Lawrence J. Block.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge